IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00262-WYD-MEH

ESTATE OF BLIA XIONG, by personal representative, Julie Gu Lee,
JULIE GU LEE,
PHENG SAMMY LEE,
JOHN SHON LEE, and
NPAUJUPAIM DIANA LEE,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY, and
CENTRAL MORTGAGE COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 10, 2010.**

    The Motion to Withdraw By Richard Orona as Counsel of Record for Defendant Allstate Insurance Company [filed June 9, 2010; docket #31] is **granted**. Mr. Orona's representation of Defendant Allstate is hereby terminated. Defendant shall continue to be represented by counsel from the firm, Walberg, Tucker & Holmes, P.C.