IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-00262-WYD-MEH

ESTATE OF BLIA XIONG, Deceased;
JULE GU LEE, Personal Representative;
JULIE GU LEE;
PHENG SAMMY LEE;
JOHN SHOU LEE, Individually and by Julie Gu Lee, Conservator; and
NPAUJNPAIM DIANA LEE, by Julie Gu Lee, Guardian and Conservator,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY; and
CENTRAL MORTGAGE COMPANY,

    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER is before the Court on the Stipulation for Dismissal filed August 27, 2010 (ECF No. 35). The Stipulation seeks a dismissal of all claims between Plaintiffs and Defendant Central Mortgage Company. After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal is **APPROVED**. All claims against Defendant Central Mortgage Company are **DISMISSED**, with each party to pay their respective costs and attorneys' fees. Defendant Central Mortgage Company shall hereafter be taken off the caption.

Dated: August 30, 2010

                BY THE COURT:

                <u>s/ Wiley Y. Daniel</u>
                Wiley Y. Daniel
                United States District Judge