IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-00262-WYD-MEH

ESTATE OF BLIA XIONG, Deceased;
JULE GU LEE, Personal Representative;
JULIE GU LEE;
PHENG SAMMY LEE;
JOHN SHOU LEE, Individually and by Julie Gu Lee, Conservator; and
NPAUJNPAIM DIANA LEE, by Julie Gu Lee, Guardian and Conservator,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice filed January 5, 2011 (ECF No. 40).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal with Prejudice is **APPROVED**.  All the claims of plaintiffs, Estate of Blia Xiong, deceased; Julie Gu Lee, Personal Representative; Julie Gu Lee; Pheng Sammy Lee; John Shou Lee, individually and by Julie Gu Lee, Conservator; and Npaujnpaim Diana Lee, by Julie Gu Lee, Guardian, against Defendant, Allstate Insurance Company, in the above-captioned action are **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

Dated: January 10, 2011

           BY THE COURT:

           s/ Wiley Y. Daniel
           Wiley Y. Daniel
           Chief United States District Judge